UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NOS. 3:20-po-0423 DMC |
| Plaintiff, | ) | and  3:21-cr-0002 DMC |
| vs. | ) | |
| DONALD A. HAAS, | ) | DETENTION ORDER PENDING TRIAL |
| Defendant. | ) | |
| _____ | ) | |

    IT IS ORDERED that pursuant to the previous Detention Order issued on September 29, 2021, defendant shall remain in custody pending trial in this matter scheduled for November 9, 2021, at 11:00 a.m.

Dated:  October 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE